**Marie-Ann Greenberg, MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ 07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

|  |  |
|---|---|
| IN RE:<br><br>EMIL GURAL<br>DEBORAH RYERSON | UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Case No.:  10-41396 RG<br><br>HEARING DATE:  6/1/2011 |

### TRUSTEE'S OBJECTIONS TO CONFIRMATION OF MODIFIED PLAN POST CONFIRMATION

Marie-Ann Greenberg, the Chapter 13 Standing Trustee by way of objection to the Debtor's proposed modified plan respectfully objects as follows:

- The Debtor's Projected Disposable Income has not been pledged for the entire Applicable Commitment Period in violation of 11 U.S.C. Section 1325(b)(1)(B).

    Specifically, means test base requires 100% plan as originally confirmed.

- The Debtor's Schedule "J" includes expenses not reasonably necessary for the support of the Debtor or his dependents.

    Specifically, motorcycle ($223), boat ($140).

- Surplus of $641 and any tax refunds should be paid into plan at the very least. Unsecured claims are $65,590.

    WHEREFORE, Marie-Ann Greenberg, the Chapter 13 Standing Trustee prays that confirmation of the Debtor's Chapter 13 modified plan in its present form be denied.

Dated:  May 23, 2011                              By:  /S/ Marie-Ann Greenberg
                                                              Marie-Ann Greenberg, Esquire
                                                              Chapter 13 Standing Trustee

cc:  RONALD E. NORMAN, ESQ.